UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TATYANA EVGENIEVNA DREVALEVA, | Case No. 19-cv-01454-KAW |
|---|---|
| Plaintiff, | |
| v. | **JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Alsup for consideration of whether the case is related to *Drevaleva v. U.S. Department of Veterans Affairs*, Case No. 18-cv-3748-WHA.

**IT IS SO ORDERED.**

Dated: May 30, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge