IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TATYANA E. DREVALEVA,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA, THE U.S. DEPARTMENT OF VETERANS AFFAIRS, THE OFFICE OF RESOLUTION MANAGEMENT OF THE U.S. DEPARTMENT OF VETERANS AFFAIRS, and ROBERT WILKIE, in his capacity as Acting Secretary of the U.S. Department of Veterans Affairs,

    Defendants.

No. C 19-01454 WHA

**ORDER CONTINUING HEARING RE DEFENDANT'S MOTION TO DISMISS**

Plaintiff requests that she be permitted to call in for the hearing on defendant's motion to dismiss on Thursday, September 12, at 8:00 a.m. The telephone equipment in the courtroom is not conducive to holding hearings via the telephone; therefore, defendant's motion to dismiss is **CONTINUED** to **WEDNESDAY, SEPTEMBER 18, AT 10:00 A.M. IN COURTROOM NO. 12**.

**IT IS SO ORDERED.**

Dated: September 11, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE