IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA DREVALEVA,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, THE OFFICE OF RESOLUTION MANAGEMENT OF THE DEPARTMENT OF VETERANS AFFAIRS, MR. PETER O'ROURKE, Acting United States Secretary of Veterans Affairs,

    Defendants.

No. C 19-01454 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff Tatyana Evgenievna Drevaleva. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 20, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE