No. 19-17286

## Court of Appeals for the 9th Circuit

Tatyana Evgenievna Drevaleva

*Plaintiff-Appellant Pro Se*

v.

1) The U.S. Department of Veterans Affairs

2) Mr. Robert Wilkie, Esq. in his capacity as an acting Secretary of the U.S. Department of Veterans Affairs

*Defendants-Appellees*

*The District Court for Northern California,*

*case No. 3:19-cv-01454-WHA, Hon. Judge William Alsup*

**NOTICE OF WITHDRAWAL OF MY PETITION FOR  JUDICIAL RECUSAL.**

Plaintiff-Appellant Pro Se Tatyana Drevaleva is hereby submitting a Notice of Withdrawal of my Urgent Petition for Judicial Recusal.

I am making this Notice of Withdrawal for three reasons:

1) I changed my mind

2) I am not eligible to request to change the Judge pursuant to 28 U.S.C. §455(f), "Notwithstanding the preceding provisions of this section, if any … judge …. to whom a matter has been assigned would be disqualified, <u>after substantial judicial time has been devoted to the matter</u>, because of the appearance or discovery, after the matter was assigned to him or her … disqualification is not required if the … judge … as the case may be, divests himself or herself of the interest that provides the grounds for the disqualification"

3) Because Hon. Judge William Alsup twice refused to recuse himself from judging my cases and promised to give me fair hearings and proceedings.


**Conclusion.**

Because I changed my mind, and because Hon. Judge William Alsup has already devoted a substantial amount of time and effort to judging five my related cases, and because Hon. William Alsup twice refused to recuse himself from judging my cases, I am withdrawing my Demand for Disqualification. I am

respectfully asking Hon. Judge William Alsup to continue judging my five related cases.

I declare under the penalty of perjury and under Federal laws that all foregoing is true and correct. Executed at San Francisco, CA on January 18, 2020.

Respectfully submitted,

s/Tatyana Drevaleva

Plaintiff-Appellant Pro Se

333 Baker St., Apt. 406,

San Francisco, CA, 94117

415-806-9864; tdrevaleva@gmail.com

Date: January 18, 2020.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** ___19-17286_____

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[ x ] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[  ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)***:**

Notice of Withdrawal of my Urgent Petition for Judicial Recusal.

**Signature** ___Tatyana Drevaleva_____ **Date __January 18, 2020____**
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15**                                                                                                      *Rev. 12/01/18*