UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 19-cv-01454-HSG<br><br>**ORDER REGARDING CASE STATUS** |

Prior to reassignment to the undersigned, Judge Alsup granted the Defendants' motion to dismiss. Dkt. No. 35. On September 20, 2019, Judge Alsup entered final judgment in favor of the Defendants, directed the clerk to close the file, and the case was terminated. Dkt. No. 36. On November 18, 2020, the Ninth Circuit affirmed the dismissal order. Dkt. No. 60. And on March 3, 2021, the Ninth Circuit denied Plaintiff's petition for rehearing en banc. Dkt. No. 70. The Ninth Circuit's mandate issued on March 11, 2021. Dkt. No. 71. Accordingly, the Court reemphasizes that this case is closed. No further filings shall be accepted in this closed case. All pending motions are **DENIED**.

**IT IS SO ORDERED.**

Dated: 3/29/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge