UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 19-cv-01454-HSG<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS** |

Pursuant to the April 20, 2021 referral notice from the United States Court of Appeals for the Ninth Circuit, the Court finds that the appeal is frivolous and therefore leave to proceed in forma pauperis on appeal is DENIED and Plaintiff's in forma pauperis status is REVOKED. *See Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (noting that revocation of in forma pauperis status is appropriate where district court finds the appeal to be frivolous). This case remains closed. The Clerk shall transmit a copy of this order to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: 4/21/2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge