UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 19-cv-01454-HSG<br><br>**ORDER DENYING MOTION TO VACATE JUDGMENT**<br><br>Re: Dkt. Nos. 91, 92 |
| TATYANA EVGENIEVNA DREVALEVA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 19-cv-2665-HSG<br><br>**ORDER DENYING MOTION TO VACATE JUDGMENT**<br><br>Re: Dkt. No. 101 |

Before the Court are Plaintiff's related motions pursuant to Fed. R. Civ. P. 60(b)(4) to vacate the judgments long ago entered in favor of Defendants. Each motion is the third motion to vacate that Plaintiff has filed in these cases. Rule 60(b) "provides an 'exception to finality' that 'allows a party to seek relief from a final judgment, and request reopening of [her] case, under a limited set of circumstances.'" *United Student Aid Funds, Inc. v. Espinosa*, 559 U.S. 260, 269, 130 S.Ct. 1367, 176 L.Ed.2d 158 (2010). "Rule 60(b)(4) applies only in the rare instance where a judgment is premised either on a certain type of jurisdictional error or on a violation of due process that deprives a party of notice or the opportunity to be heard." *Id*. at 271.

Plaintiff's motions fail to meet this standard, especially given that the Ninth Circuit dismissed her appeal in each case as frivolous several years ago. *See* Case. No. 19-2665, Dkt. No.

98; Case No. 19-1454, Dkt. No. 88.  Accordingly, the court **DENIES** Plaintiff's motions in Case No. 19-1454, Dkt. Nos. 91, 92 and Case No. 19-2665, Dkt. No. 101.  In addition, given Plaintiff's long history of repetitive and abusive lawsuits and her refusal to recognize that these cases are over as confirmed by the Ninth Circuit, her electronic filing privileges are **REVOKED**, and the Clerk is again **DIRECTED** not to accept any further filings in these closed cases or any related case.

**IT IS SO ORDERED.**

Dated:   10/24/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge